ORIGINAL

RECEIVED BY MAIL

MAY 13 2002

CLERK US DIST COURT ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-839 JRT/FLN Case Title: Roberta Crawford v. APCOA/Standard Parking, Inc.

**Affidavit of Movant**

I, Joseph R. Cade, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michelle K. Mellinger, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant APCOA/Standard Parking in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: Joseph R. Cade — MN Attorney License # ~~140111~~ 14011 — Date: 5/8/02

**Affidavit of Proposed Admittee**

I, Michelle K. Mellinger, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michelle K. Mellinger — Type/Print Name
Signature: Michelle K. Mellinger — Date: 5/7/02

Attorney License Number: 06243283

Law Firm Name & Address: SEYFARTH SHAW
55 E. Monroe Street, Suite 4200
Chicago, Illinois 60603-5803

Telephone: (312-346-8000

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk
MMC

Date: MAY 13 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED MAY 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________