ORIGINAL

UNITED STATES DISTRICT COURT
THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ROBERTA L. CRAWFORD, Plaintiff, | ) | |
| v. | ) | Civil No.: 01-CV-839 (JRT/FLN) |
| APCOA/STANDARD PARKING, INC., Defendant. | ) | **ORDER** |

The above-entitled matter came before the Court upon Defendant's Motion to Extend Discovery cutoff date. Plaintiff's council has agreed to extend discovery cutoff date. Plaintiff's counsel has agreed to the proposed extension based upon the files and records herein, the court finding could cause therefore it is hereby,

**ORDERED:**

1. that the deadline for the close of discovery in the above captioned case is hereby extended from December 1, 2002 to February 1, 2003.

2. that the remaining deadlines set forth in the Court's Pretrial Scheduling Order of June 18, 2002 shall remain in full force and effect.

Dated: November 20, 2002

BY THE COURT:

By [signature]
Magistrate Judge Franklin L. Noel

Thomas F. Hutchinson
Attorneys for Defendant
4200 County Road 42 West
Savage, MN 55378-4048
(952) 894-6400

Local Counsel

NOV 20 2002
FILED
RICHARD SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

and

Richard B. Lapp
Michelle K. Mellinger
SEYFARTH SHAW
55 E. Monroe Street, Suite 4200
Chicago, IL 60603
(312) 346-8000

Lead Counsel for Defendants