COPY

FCN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ROBERTA L. CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-839JRT/FLN |
| | ) | |
| v. | ) | Judge Tunheim |
| | ) | |
| APCOA/STANDARD PARKING, INC., | ) | Magistrate Judge Noel |
| | ) | |
| Defendant. | ) | |

03 JAN 17 PM

**JOINT MOTION TO EXTEND DISCOVERY CUT-OFF**

Plaintiff, Roberta Crawford, and Defendant, APCOA/Standard Parking, Inc., by their respective attorneys and pursuant to Local Rule 16.3, respectfully request that the Court extend the discovery cut-off date in this case to March 15, 2003 due to the recent unforeseen hospitalization of Plaintiff. In support of their motion, the parties state as follows:

1. On June 18, 2002, the Court issued a Pretrial Schedule setting the following dates:

| | |
|---|---|
| December 1, 2002: | Close of discovery |
| March 1, 2003: | Deadline for deposing experts |
| May 1, 2003: | Deadline for filing dispositive motions |
| June 1, 2003: | Trial date |

2. On November 15, 2002, Defendant filed a motion to extend the discovery cut-off after experiencing delay in obtaining Plaintiff's complete discovery answers. Plaintiff did not object to Defendant's motion. On November 20, 2002, the Court granted Defendant's motion and set February 1, 2003 as the new close of discovery.

3. On December 12, 2002, Defendant issued a Notice of Deposition, setting Plaintiff's deposition for January 14, 2003. At Plaintiff's request, Defendant issued an Amended Notice of deposition, resetting Plaintiff's deposition for January 16, 2003. The parties also reserved January 17, 2003 for the continuation of Plaintiff's deposition, based on Plaintiff's

1.17.03

counsel's representation that Plaintiff's medical condition would not permit her to attend her deposition for a full 8 hours in one day.

4. On December 30, 2002, Plaintiff issued Notices of Deposition for Defendant's managers/former managers Tom Preuss, Neil Wendlandt, Dawn Mansergh and Heather Raway. Plaintiff scheduled the depositions for January 21 and 22, 2003.

5. During the week of January 6, 2003 Plaintiff was unexpectedly hospitalized at Fairview Ridges Hospital in Burnsville, Minnesota. Plaintiff is on time-release pain medication and expects to be in the hospital for several weeks (at least through the month of January).

6. On January 13, 2003, the parties agreed not to go forward with the scheduled depositions until Plaintiff was released from the hospital. Subject to the Court's approval, the parties intend to take the five scheduled depositions in the last two weeks of February, 2003.

7. The parties have substantially completed all written discovery. Pending any unforeseen circumstances, the parties anticipate being completed with all fact discovery by March 15, 2003.

8. Accordingly, Plaintiff and Defendant respectfully request that the Court extend the fact discovery cut-off to March 15, 2003 and the expert discovery cut-off to April 15, 2003. This motion is made in good faith and is not filed for the purpose of causing delay.

WHEREFORE, Plaintiff, Roberta Crawford, and Defendant APCOA/Standard Parking, Inc. respectfully request that the Court extend the fact discovery cut-off to March 15, 2003 and the expert discovery cut-off to April 15, 2003.

Respectfully submitted,

ROBERTA CRAWFORD

By ____________________
One of Her Attorneys

Ronald S. Latz
LATZ & LATZ
520 Marquette Avenue South, Suite 900
Minneapolis, MN 44502
(612) 349-5207

APCOA/STANDARD PARKING, INC.

By ____________________
One of Its Attorneys

**Lead Counsel:**
Richard B. Lapp
Michelle K. Mellinger
SEYFARTH SHAW
55 E. Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000

**Local Counsel:**
Thomas Hutchinson
EASTLUND, SOLSTAD, CADE & HUTCHINSON
4200 County Road 42 West
Savage, Minnesota 55378-4048
(612) 339-8931

Dated: January 17, 2003

SO ORDERED: