UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roberta L. Crawford,

Plaintiff,

v.

Apcoa/Standard Parking, Inc.,

Defendant.

Civil No. 02-839 JRT/FLN

AMENDED
PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All discovery shall be commenced in time to be completed by June 1, 2003.

   b. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by July 1, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

   a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1) By Plaintiff(s) on or before June 1, 2003.

FILED APR 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2) By Defendant(s) on or before June 1, 2003.

b. Each party may depose no more than 2 expert witnesses on or before July 1, 2003.

c. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to August 1, 2003.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial no later than September 1, 2003, at which time it will be placed on the court's nonjury trial calendar.

b. Trial is estimated to last 5 trial days.

DATED: April 3, 2003.

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge