**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Roberta Crawford,<br><br>Plaintiff,<br><br>v.<br><br>APCOA/Standard Parking, Inc.,<br><br>Defendant. | ) ) ) ) ) ) ) ) | Civil No. 02-839 (JRT/FLN)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by their attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), file this Stipulation of Dismissal With Prejudice, all matters in controversy having been settled, compromised and adjourned, with each party to bear its own costs and fees.

On Behalf of Plaintiff,
ROBERTA CRAWFORD

Robert Latz
Ronald S. Latz
LATZ & LATZ
520 Marquette Avenue South
Suite 900
Minneapolis, Minnesota 55402

On Behalf of Defendant,
APCOA/STANDARD PARKING, INC.

Richard B. Lapp
Michelle K. Mellinger
SEYFARTH SHAW
55 East Monroe St.
Suite 4200
Chicago, Illinois 60603

Thomas Hutchinson
EASTLUND, SOLSTAD, CADE & HUTCHINSON
200 County Road 42 West
Savage, MN 55378-4048

**SO ORDERED:**

ENTERED: 5/29/03

The Honorable John Tunheim
United States District Court for the District of Minnesota

CH2 20122446.1

MAY 29 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK